# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **RAYMOND HARTMANN**, | : |
| Plaintiff | : Civil No. 1:19-CV-488 |
| | : District Judge Douglas R. Cole |
| v. | : |
| **GRAHAM PACKAGING COMPANY, L.P.**, | : |
| Defendant | : |

## VOLUNTARY STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between Plaintiff Raymond Hartmann and Defendant Graham Packaging Company, L.P., that Plaintiff's claims against Defendant in the above-referenced matter are hereby DISMISSED WITH PREJUDICE. All parties shall bear their respective costs and attorneys' fees.

Respectfully submitted,

/s/ Stephen E. Imm
Stephen E. Imm, Esquire
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, OH 45245

*Counsel for Plaintiff*

/s/ Stephen J. Fleury Jr.
Richard L. Hackman, Esquire
Stephen J. Fleury, Jr., Esquire
Saxton & Stump, LLC
280 Granite Run Drive, Suite 300
Lancaster, PA 17601

Faith C. Whittaker, Esquire
S. Joseph Stephens, III, Esquire
Dinsmore & Shohl, LLO
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202

*Counsel for Defendant*

## CERTIFICATION OF SERVICE

I, Stephen E. Imm, Esquire, certify that on this date, I filed and served a certified true and correct copy of the foregoing Voluntary Stipulation of Dismissal of Claims with Prejudice upon the following counsel of record via the Court's ECF System.

Richard L. Hackman, Esquire
Stephen J. Fleury, Jr., Esquire
Saxton & Stump, LLC
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
*For Defendant*

Faith C. Whittaker, Esquire
S. Joseph Stephens, III, Esquire
Dinsmore & Shohl, LLP
255 E. Fifth Street, Ste. 1900
Cincinnati, OH 45202
*For Defendant*

Date: 09/23/2022

/s/ Stephen E. Imm
Stephen E. Imm, Esquire